UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

HARLAN GENE WARD,

                      Plaintiff,              5:16-CV-1038
                                                        (GTS/WBC)
v.

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
_____

APPEARANCES:                                        OF COUNSEL:

LEGAL SERVICES OF CENTRAL NEW YORK      CHRISTOPHER CADIN, ESQ.
  Counsel for Plaintiff
221 South Warren Street, Suite 300
Syracuse, NY 13202

SOCIAL SECURITY ADMINISTRATION            MICHELLE L. CHRIST, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II    Special Assistant U.S. Attorney
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

        The above-captioned matter comes to this Court following a Report-Recommendation by United States Magistrate Judge William B. Mitchell Carter, filed on November 16, 2017, recommending that Plaintiff's motion for judgment on the pleadings be granted in part, Defendant's motion for judgment on the pleadings be denied in part, the Commissioner's decision denying Plaintiff Social Security benefits be reversed, and this matter be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. No. 19.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. (*See generally* Docket Sheet.)

After carefully reviewing all of the papers herein, including Magistrate Judge Carter's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation:[1] Magistrate Judge Carter employed the proper legal standards, accurately recited the facts, and correctly applied t he law to those facts. (Dkt. No. 19.) As a result, the Report-Recommendation is accepted and adopted in its entirety; Plaintiff's motion for judgment on the pleadings is granted in part; Defendant's motion for judgment on the pleadings is denied in part; the Commissioner's decision denying Plaintiff Social Security benefits is reversed; and this matter is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Carter's Report-Recommendation (Dkt. No. 19) is **<u>ACCEPTED</u>** and **<u>ADOPTED</u>** in its entirety; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 11) is **<u>GRANTED</u> in part**, Defendant's motion for judgment on the pleadings (Dkt. No. 16) is **<u>DENIED</u> in part**, the Commissioner's decision denying Plaintiff Social Security benefits is

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

**REVERSED**, and this matter is **REMANDED** to the Commissioner of Social Security for further proceedings under sentence four of 42 U.S.C. § 405(g).

Dated: January 16, 2018
       Syracuse, New York

_____
HON. GLENN T. SUDDABY
Chief United States District Judge